UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGEANN DUCKETT,<br><br>    Plaintiff,<br><br>  v.<br><br>SANOFI U.S. SERVICES INC., et al.,<br><br>    Defendants. | Case No.  23-cv-05631-VC   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: ECF No. 28 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

  This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. As to all discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

  Please be advised that discovery disputes must be presented in a joint letter brief that includes, *inter alia*, an attestation that the parties have met and conferred as required by the Standing Order.

  Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: February 27, 2024

                      LISA J. CISNEROS
                      United States Magistrate Judge